

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2014

No. 04-14-00468-CR

**EX PARTE** Jerry Soliz **MARTINEZ**,

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CR1459
Honorable Lori I. Valenzuela, Judge Presiding

## O R D E R

On June 30, 2014, Appellant Jerry Soliz Martinez filed a "Motion of an Out-of-Time Appeal of the Orders of the 437th District Court," stating that he intends to appeal the trial court's order of July 2, 2013. Appellant states that he was convicted and sentenced in the 437th Judicial District Court, Bexar County, Texas on June 22, 2011. On October 12, 2012, he contested his conviction by filing an application for writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure. In its July 2, 2013 order, the trial court considered the merits of Martinez's application for post-conviction writ of habeas corpus and denied the application. We do not have jurisdiction over post-conviction habeas applications in felony cases. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07(a). Post-conviction writs of habeas corpus must be filed in the court of conviction, but made returnable to the Texas Court of Criminal Appeals. *Id.*

We therefore ORDER applicant to show cause on or before **August 1, 2014** why this application should not be dismissed for lack of jurisdiction. All appellate deadlines are suspended pending further order of this Court.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court